IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO



```
*********************************************
*  In Re:                                    *
*                                            *    CASE NO. 01-13818(ESL)
*     MERIT LEASING COMPANY, INC.            *
*                                            *    CHAPTER 11
*     Debtor (s)                             *
*********************************************
```

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

*Comes now Banco Popular de Puerto Rico through its undersigned attorney and respectfully states and prays:*

1. Banco Popular de Puerto Rico is a creditor and/or party in interest in the instant proceeding and wishes to be included in the Master Address List.

WHEREFORE, BPPR respectfully requests to be included in the Master Address List, and that it be sent all notices and documents filed in the instant case to the attention of the undersigned.

I CERTIFY: That on this same date a true and exact copy of this notice has been sent to: Carmen D. Conde Torres, Esq., Attorney for Debtor, Citibank Towers, STE 302, 253 Ponce de Leon Avenue, Hato Rey, PR 00918 and US Trustee Office, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

In San Juan, Puerto Rico, this 27th day of February, 2002.

MIGDALIA EFFIE GUASP, ESQ.
USDC-PR 205203
Banco Popular de P. R.
Special Loans Department
GPO Box 362708
San Juan, P. R. 00936-2708
Tel. 765-9800, ext. 6192
Fax 751-7587